FILED

AUG 31 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINANCIAL FREEDOM SENIOR<br>FUNDING CORPORATION<br>7595 Irvine Center Drive, Suite 250<br>Irvine, CA 92618,<br><br>        Plaintiff,<br><br>v.<br><br>ELLA DAVIS<br>3315 6th Street SE<br>Washington, DC 20032,<br><br>        Defendant. | CASE NUMBER 1:05CV01730<br><br>JUDGE: Reggie B. Walton<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 08/31/2005 |

**COMPLAINT TO ESTABLISH LIEN OR FOR SPECIFIC PERFORMANCE TO
RE-EXECUTE LIEN; ACTION INVOLVING REAL PROPERTY**

Plaintiff Financial Freedom Senior Funding Corporation ("Financial Freedom") files this Complaint seeking an order directing the Recorder of Deeds for the District of Columbia to record as valid liens two Home Equity Conversion Deeds of Trust (the "Home Equity Conversion Deeds of Trust") (attached as Exhibits A & B) signed by Defendant Ella Davis ("Davis") in conjunction with a reverse mortgage loan secured by property (the "Property") located at 3315 6th Street SE, Washington, D.C. 20032 and described more fully as follows:

> Lot numbered Forty-one (41) in Square numbered Fifty nine Hundred Seventy two (5972) in a subdivision made by Trenton Park, Inc., as per plat recorded in the Office of the Surveyor for the District Columbia in Liber 142 at Folio 72.
>
> Being the same property conveyed to Record Owner(s) by deed recorded 07/03/89 with an Instrument #39135 among the aforesaid Land Records.
>
> Parcel I.D.: Square 5972, Lot 41
> Property Address: 3315 6th Street SE, Washington, D.C. 20032

In the alternative, Plaintiff requests that this Court issue an order directing Davis to re-execute the Home Equity Conversion Deeds of Trust so that they may be properly recorded with the Recorder of Deeds for the District of Columbia. Additional relief is sought as set forth below.

## PARTIES

1. Financial Freedom is a Delaware corporation with its principal place of business at 7595 Irvine Center Drive, Suite 250, Irvine, CA 92618.

2. Davis is a citizen of the District of Columbia residing at the Property.

## JURISDICTION & VENUE

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Venue lies in this judicial district pursuant to 28 U.S.C. §1391 as the defendant resides within the district and the Property that is the subject of the action is situated within the district.

## FACTS

5. On or about April 28, 1999, Davis entered into a home mortgage loan transaction with Unity Mortgage Corp. dba The Reverse Mortgage Company. As part of that transaction, Davis signed a home equity conversion deed of trust encumbering the Property in favor of Unity Mortgage Corp. in order to secure a line of credit in the amount of $187,500. A true and correct copy of this deed of trust is attached as Exhibit A.

6. Also as part of the foregoing transaction, on or about April 28, 1999, Davis entered into a home equity conversion second deed of trust encumbering the Property in favor of

the Department of Housing and Urban Development in the amount of $187,500. A true and correct copy of this deed of trust is attached as Exhibit B.

6. Financial Freedom purchased Unity Mortgage Corp. and its interest in the Deeds of Trust in 2000.

7. For reasons unknown, the Home Equity Conversion Deeds of Trust were never recorded with the Recorder of Deeds for the District of Columbia. The original documents have been lost.

8. The District of Columbia Recorder of Deeds will not accept for recording true and correct copies of the Home Equity Conversion Deeds of Trust without original signatures.

9. Plaintiff, through its agents, has made repeated requests of Davis, most recently on June 27, 2005, to re-execute the Home Equity Conversion Deeds of Trust so that Plaintiff's interest in the Property may be properly recorded.

10. Despite these repeated requests, to date, Davis has not cooperated, and Plaintiff has been unable to record its security interest in the Property.

11. A total of $95,176.06 has been advanced to Davis in connection with the aforementioned line of credit.

**PRAYER FOR RELIEF**

WHEREFORE, Financial Freedom prays that the Court:

A. Enter a declaratory judgment that Exhibits A and B are effective as security interests against the Property and direct the District of Columbia Recorder of Deeds to record such as valid liens against the Property;

B. Order that Davis re-execute the Home Equity Conversion Deeds of Trust in conformity with the original agreement of the parties;

C. Enter an award of attorney's fees and costs;

D. Grant such further relief as the interests of justice may require.

Gary C. Tepper (D.C. Bar No. 348698)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-8982 (telephone)
(202) 857-6395 (facsimile)

Attorneys for Plaintiff
Financial Freedom Senior Funding Corporation

Dated: August 30, 2005