UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 31 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINANCIAL FREEDOM SENIOR )
FUNDING CORPORATION )
7595 Irvine Center Drive, Suite 250 )
Irvine, CA 92618, )
                                   )
         Plaintiff,                )
                                   )    CASE NUMBER 1:05CV01730
    v.                             )    Civil Action
                                   )    JUDGE: Reggie B. Walton
ELLA DAVIS                         )
3315 6th Street SE                 )    DECK TYPE: General Civil
Washington, DC 20032,              )
                                   )    DATE STAMP: 08/31/2005
         Defendant.                )

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Plaintiff Financial Freedom Senior Funding Corporation ("Financial Freedom"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Financial Freedom which have outstanding securities in the hands of the public:

   IndyMac Bancorp, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

_____
Gary C. Tepper (D.C. Bar No. 348698)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
(202) 857-6000
Attorneys for Plaintiff
Financial Freedom Senior Funding Corporation

Dated: August 30, 2005

2