U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Financial Freedom Senior Funding Corporation

vs.

Ella Davis

No. 1:05-CV-01730

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:52 am on September 3, 2005, I served Ella Davis at 3315 6th Street, SE, Washington, DC 20032 by serving Ella Davis, personally.  Described herein:

```
    SEX-    FEMALE
    AGE-    91
 HEIGHT-    5'2"
   HAIR-    BLACK/GRAY
 WEIGHT-    150
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   09-06-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157877

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FINANCIAL FREEDOM SENIOR FUNDING
CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

ELLA DAVIS

CASE NUMBER:

CASE NUMBER   1:05CV01730

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 08/31/2005

TO: (Name and address of Defendant)

Ella Davis
3315 6th Street, SE
Washington, DC 20032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary C. Tepper
Arent Fox PLLC
1050 Connecticut, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 3 1 2005
CLERK                                DATE

(By) DEPUTY CLERK