UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINANCIAL FREEDOM SENIOR FUNDING CORPORATION,**<br>**7595 Irvine Center Drive, Suite 250**<br>**Irvine, CA 92618**<br><br>            **Plaintiff,**<br><br>       v.<br><br>**ELLA DAVIS**<br>**3315 6th Street SE**<br>**Washington, DC 20032**<br><br>            **Defendant.** | Case No. 1:05CV01730<br><br>Judge: Reggie B. Walton |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff Financial Freedom Senior Funding Corporation hereby dismisses the above-referenced action without prejudice.

Date:   November 14, 2005            s/ Gary C. Tepper
                                     _____
                                     Gary C. Tepper
                                     ARENT FOX PLLC
                                     1050 Connecticut Ave., N.W.
                                     Washington, D.C. 20036
                                     Tel.:  (202) 857-6000
                                     Fax:  (202) 857-6395
                                     E-mail: tepper.gary@arentfox.com

                                     *ATTORNEYS FOR PLAINTIFF*
                                     *FINANCIAL FREEDOM SENIOR*
                                     *FUNDING CORPORATION*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by certified mail to the following non-CM/ECF participant: Ella Davis, 3315 6th Street SE, Washington, DC 20032.

s/ Gary C. Tepper
_____
Gary C. Tepper
ARENT FOX PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 857-6000
Fax: (202) 857-6395
E-mail: tepper.gary@arentfox.com

***ATTORNEYS FOR PLAINTIFF***
***FINANCIAL FREEDOM SENIOR***
***FUNDING CORPORATION***